1 | RICHARD G. HIRSCH, ESQ. [State Bar No. 39678]
VICKI I. PODBERESKY, ESQ. (State Bar No. 123220)
2 | NASATIR, HIRSCH, PODBERESKY & GENEGO
A Professional Law Corporation
3 | 2115 Main Street
Santa Monica, California  90405
4 | Telephone: (310)  399-3259
EMAIL:    richardghirsch@aol.com
5 |          vip60@aol.com

6 | Attorneys For Defendant
ANTHONY PORTA

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,   )   **Case No.** CR07-00653 DDP
                             )
12 |                Plaintiff,   )   ADDITIONAL SUBMISSION IN
                             )   SUPPORT OF DEFENDANT PORTA'S
13 |                             )   SENTENCING MEMORANDUM
        v.                   )
14 |                             )   Date: May 1, 2008
                             )   Time: 1:30 p.m.
15 | ANTHONY PORTA,              )   Place: Courtroom of the
               Defendant.   )   Hon. Dean D. Pregerson
16 | _____)

17

18 |     The Defendant Anthony Porta hereby submits for the

19 | Court's consideration an additional alternative for

20 | sentencing.  Mr. Porta has been evaluated and accepted for

21 | placement at Prescott House, an extended care facility for

22 | men in recovery for addictive and compulsive behaviors, such

23 | as sexual addiction.  Prescott House, which is located in

24 | Prescott, Arizona, can design a long term placement plan for

25 | Mr. Porta which can accommodate **any** length of confinement

26 | the Court deems warranted.  Attached hereto as Exhibit "A"

27 | is a letter of acceptance into the Prescott House Program,

28 | as well as information about the Prescott House Program.

Additionally, the defense is prepared to have a representative from Prescott House available to testify should the Court have any questions about the program or wish to hear testimony regarding the program and Mr. Porta's suitability.

Dated: April 28, 2008    Respectfully submitted,

NASATIR, HIRSCH, PODBERESKY & GENEGO

By: _____/s/_____

Richard G. Hirsch
Vicki I. Podberesky
Attorneys for Defendant
ANTHONY PORTA