

**Extended Treatment for Men**

April 28, 2008

Re: Mr. Anthony Porta

To Whom It May Concern:

Based on the results of a review of personal history, the Prescott House is willing to admit Mr. Anthony Porta into our program as soon as possible. Prescott House is a state-licensed dual-diagnosis facility for the treatment of men in recovery from addictions, compulsive behaviors, trauma and psychiatric diagnoses such as depression, bipolar disorder and attention deficit disorder. Ours is an intensively therapeutic program where the residential program is open ended with another two to three months as a daily outpatient client. Throughout the program much work is done with the clients to improve their life and social skills. The Prescott House is nationally recognized as one of the most rigorous and thorough men's programs in the country.

Mr. Porta will participate in at least 20 hours of group therapy each week. He will meet with our psychiatrist after intake for an evaluation and have regularly scheduled visits throughout his course of treatment. All prescription medications are monitored and dispensed by the staff. He will work one on one with a primary therapist, and attend daily twelve step meetings. He, like all our clients, also will spend at least 10 hours a week of supervised volunteering (community service) at local charitable institutions during his treatment. In the later part of the residential program Mr. Porta will be asked to find a part-time job. Initially he will be put on a buddy system. While he is on "buddy" status all of his time will be accounted for during the day and when not supervised directly by staff he will be accompanied by a senior member of our community. In the past we have had clients in our program who were here in lieu of jail time in the hopes that the therapeutic environment here would lower the chance of recidivism. We are willing to work with the court, and monitor the client with random, frequent urinalysis, house confinement, peer supervision, or anything within reason that the court may suggest. We can require Mr. Porta give us written consent to keep the court informed of his progress and of any problems related to his treatment if that is necessary. In the event that Mr. Porta should leave the program for any reason against staff advice prior to graduation we will notify the appropriate authorities as soon as possible.

Our program is designed to meet the therapeutic needs of each individual client, and besides treating the clear primary addiction, we often find many other issues that need to be dealt with and have always been covered by the more obvious primary addiction. Our intention is to address all of our client's underlying issues over the course of treatment. There is no set end to the program. We evaluate each client twice weekly and determine as a clinical staff when a client is ready for the next level of care. While some have graduated in six to nine months, others have stayed in our program for a year or more depending on their personal willingness to address the issues. We have had many clients in the past from Del Amo Hospital. Typically, we have seen the caliber of willingness of clients from Del Amo as being extremely high. They have also benefited tremendously from the level of therapeutic care at Prescott House.

For detailed information about our program please call or log on to the internet at www.prescotthouse.net. If you should have any further questions, please feel free to call me.

Sincerely,

Collin R. McCarver
Admissions



**Extended Treatment for Men**

# CONFIDENTIAL FAX
Cover Sheet
**Fax (928) 776-4905**

Deliver to: Dr. Sheila Balkin

Entity: _____

Fax Number: (310) 392-9029

From: Collin McCarver  Date: 4/28/08

Number of pages (including cover sheet): 2

---

**Confidentiality notice**: The document(s) accompanying this transmission contain(s) confidential information from Prescott House Inc. which is confidential legally privileged and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that the dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by phone and return this original message to us at the above address. Thank You.

# Prescott House
Prescott Arizona



- who can benefit
- the philosophy
- the program
- the facilities
- the cost
- the staff
- contact us

**Extended Treatment for Men in Recovery from Addiction & Trauma since 1988**



**Prescott House, Inc.** is an Arizona state licensed, extended care treatment facility for men who need further treatment beyond primary inpatient treatment for a wide range of personal issues. We offer a supportive environment that embraces the principles of 12-Step programs to treat alcoholism and other drug addictions, PTSD, codependency, sexual recovery, adult children of alcoholics, self esteem issues, severe entitlement, relapse prevention, depression, gambling issues and dual diagnosis including: depression ADD, ADHD, Bi-Polar Disorder and Anxiety.

**Toll Free: (866) 425-HOPE**

Established in 1988, **Prescott House** has earned a reputation for success. We have grown and expanded our services while retaining the experienced staff and the commitment to quality that increases the possibility of a sober and healthy life. At Prescott House, we believe in recovery of the spirit, the mind and the body.



*"I have been in 12-Step recovery for 11 years. The one issue that 12-Step never reached for me was my abandonment issues and all the feelings and shaming messages that go with it. Here at the Prescott House, through intense therapy, I have finally learned how to ask for what I need, confront my fears and walk through life with my head up."* — Mike

**Long Term Care for:**

Alcoholism
Dual-Diagnosis
Chemical Dependence
Life Skills
Eating Disorders
Nutritional Wellness
Sexual Addiction
Compulsivity
Boundary Development
Compulsive Gambling
Self-esteem building
Grief Recovery
Family of Origin Issues
Sexuality, intimacy and relationship issues
Entitlement Issues
Relapse Prevention
Personal Accountability
Financially self-sufficient lifestyle
Trauma Resolution
Medication Monitoring Services
Living a life of integrity
Service-oriented lifestyle
Depression & Anxiety Disorders
Anger recognition & Management
Post Traumatic Stress Disorders
Recovering victims of abuse
12-step Orientation



**NATSAP**
NATIONAL ASSOCIATION
OF THERAPEUTIC
SCHOOLS AND PROGRAMS



Watson Lake in Prescott Arizona



Length of treatment is based on the progress and willingness of each individual client.

- Schedule
- Campout
- After Care
- Family Program
- Self Esteem Workshop
- What To Bring
  What Not To Bring
- Telephone Use

**Prescott House Alumni Page**

214 N. Arizona Avenue
Prescott, AZ 86301
Toll Free: 1 866 425 HOPE
Local: 928 776 8251
moreinfo@prescotthouse.net

«Map to Prescott House»

000005



# Prescott House  Prescott Arizona

home
who can benefit
the program
the facilities
the staff
the cost
contact us

## Our Philosophy

Schedule • Campout • After Care • Family Program • Self Esteem Workshop • What To Bring-What Not To Bring • Telephone Use • Alumni

Prescott House is a residential extended care treatment facility for men. Our primary function is to provide intensive treatment for recovery from addictions and other life problems. Prescott House provides the client with professional therapy and education, enhancing the client's personal growth and involvement in a supportive 12-step community. The therapeutic model is community based, extremely eclectic and based on focused experiential group therapy as well as individual work with a primary therapist.

At Prescott House, we believe in recovery of the spirit, mind and body. Prescott House asks the client to use recovery tools and the supportive community to nurture growth and recovery. Boundary development and improved interpersonal skills are key elements in our program. They allow us to confront old behavior and provide a model for new ways to live.

The Foundation of our philosophy is based on the principles of Alcoholics Anonymous and other 12-step programs.

We are located in the mountains of northern Arizona. <u>Prescott is a small mountain town of 30,000 residents and a great recovery community that hosts nearly 200 12-step meetings a week.</u> Since 1988 we have served the recovery community with an Intensive therapeutic program that has helped hundreds of men live life differently. Many of those men still live in Prescott today and are a great example to our current clients, providing guidance and mentorship.

Completion of our program has always been based on the willingness of each client to grow to a level of acceptance that allows him to take suggestion and change his behavior with the help of a supportive network of peers and professionals that have his best interest at heart.

Prescott House, Inc. © 1988   Privacy Policy   Website by DOCS 2 DISC

000006



# Prescott House Prescott Arizona

home
who can benefit
the philosophy
the facilities
the staff
the cost
contact us

## Our Program

Schedule • Campout • After Care • Family Program • Self Esteem Workshop • What To Bring-What Not To Bring • Telephone Use • Alumni

Since 1988 Prescott House has served the recovery community as an extension of primary treatment that offers individuals the time and intensive environment to change and heal. We have found through experience, and nationally recognized research shows, that long term recovery is dependent on long term treatment in a nurturing and intensive therapeutic environment.

The primary component of the program is the group therapy experience. Clients participate in at least 12 structured therapy groups each week as well as working individually with a primary therapist. Another piece of our program is volunteer service work in the local community until a client is therapeutically ready to get a part time job or take classes at one of our three local colleges. Also, clients are given written assignments that will facilitate an experience in process groups, including personal inventories of past behavior. The clients work together as a therapeutic community to confront unhealthy behavior while providing each other with the primary support group they will need in early recovery.

At Prescott House clients are given a safe environment that will facilitate the process of confronting their self-destructive behaviors while nurturing their personal and emotional growth in recovery. Our program is based primarily on process oriented experiential group therapy. Much of the work done here centers around cognitive behavioral restructuring. The intensive and highly structured environment allows staff the opportunity to look at the whole person and treat the causes of self-destructive behavior and not simply the symptoms.

Prescott House is a unique community that models and educates clients on healthy and supportive interpersonal skills that must be used to foster a new lifestyle in recovery. Clearly the old life style was not working, and changing everything is a frightening and extensive process that we believe takes several months to begin.

Physical health, personal responsibility, spiritual development, nutrition consultations, interpersonal relationship skills and boundary development are also part of the program. A special emphasis is placed on nutritional health. An assessment will be done to help determine if each client has any potential eating wellness issues. Peripheral programs that are available in appropriate cases include neuropsychological testing and Eye Movement Desensitization Reprocessing (EMDR) therapy done with experienced local professionals.

The town of Prescott Arizona is a mile high scenic mountain getaway that has become a Mecca for recovery in this country. This community has provided a safe haven for our clients and an amazing resource of experience, strength and hope that is invaluable to our program. This town has a way of slowing life down enough to appreciate it fully, and experience ourselves on a different level.

## General Information

State licensed, adult male extended care with 36 beds.

Average length of stay is four to six months, dependent on client progress.

Minimum 6-week out-patient aftercare program offered.

10 hours per week of community volunteer work until staff approves a part time job or school (usually after month 3).

12-step emphasis with required daily meetings in community.

Self-Esteem workshop of 20-25 hours within the first 6 weeks of stay ($500.00).

EMDR, Nutritionist and Neuropsychological consultation and testing available.

Family session will be organized in the second or third month

000007



# Prescott House, Prescott Arizona



home
who can benefit
the philosophy
the program
the facilities
the cost
contact us

## Prescott House Staff

**Al Tolles**
Executive Director
LISAC, I.C.A.D.C.

Since entering the field in 1990 Al has been using traditional and experiential approaches to treat such core issues as physical abuse, sexual abuse, emotional abuse, alcoholism, chemical dependency, compulsive gambling, family of origin and incest survival in chemically dependent and codependent populations.





**Byrnie Florea**
Program Director
LISAC., I.C.A.D.C., C.S.A.T. Level 1

With experience in the field since 1995 Byrnie has become a specialist in the treatment of not only the chemically dependent, but sexually compulsive addicts of all kinds with a variety of underlying core issues and trauma. He is also certified in the treatment of compulsive gamblers.



**Mark McGuiness**
Administrative Director

Since 2000, Mark has been using his experience as an educator, administrator and alumnus of our program to learn more about the addiction treatment field, and teach other programs and clinicians the benefit of the kind of treatment we provide at Prescott House.



**Dayton Turberville**
Clinical Director

000008

All of the Prescott House staff have personal life experience with addiction and are actively involved in 12-step programs themselves.



**Areas of Focus Include:**

« Alcoholism

« Dual-Diagnosis

« Chemical Dependence

« Life Skills
(including money management)

« Eating Disorders

« Nutritional Wellness

« Sexual Addiction or Compulsivity

« Boundary Development

« Compulsive Gambling

« Self-esteem building

« Grief Recovery

« Family of Origin Issues

« Sexuality, intimacy and relationship issues

« Entitlement Issues

« Relapse Prevention

« Personal Accountability

« Financially self-sufficient

**LISAC**

Dayton has been a gift to the Prescott recovery community since he graduated from our program years ago, and began helping others as a counselor. We are grateful to have him back helping our clients with his talent as a therapist with insight and vision that comes from direct experience.



**Greg Fine**
Lead Therapist

Greg's personal experiences allow him to relate to and confront clients with empathy and concern. His energy is contagious and can generate great progress among our entire community.



**Collin McCarver**
Admissions

Collin has been on staff since 2005 and just became our main admissions counselor at the end of 2007. His experience as a client in the past and his ability to relate to both clients and family members makes him a great first contact for a family looking to get help for someone.



**Michael Cullen**
Primary Therapist

Another alumnus of our program, Mike has a unique way of really bringing clients to a point of willingness and trust in the process.



**Jack Klamm**
Family Therapist

Jack joined the staff in 2004 and has added an energetic perspective to the work we are doing. He has worked in the addiction field for much of the past 15 years in a variety of therapeutic settings, most recently in the Phoenix area.

lifestyle

« Trauma Resolution

« Medication Monitoring Services

« Living a life of integrity

« Service-oriented lifestyle

« Depression & Anxiety Disorders

« Anger recognition & Management

« Post Traumatic Stress Disorder

« Recovering victims of abuse

« 12-step Orientation

Family, Professional & Alumni References:

Arno J. (parent)
arno@arnolaw.com

Breck G. (family)
breckg@abrarest.com

Stephen C. (alumni)
scpc86301@yahoo.com

Chris S. (alumni)
csobel@cableone.net

Dr. Grosshans (professional)
908.284.9101

Bobbi F. (family)
btfrey@comcast.net

000009



| | |
|---|---|
| **Charles Libby, M.A., CSAC**<br>Therapist<br><br>Charlie recently published New Beginnings, A Caregiver Awareness Program, Drug, Alcohol, Dysfunctional Behavior Prevention. He has a gift in group for helping men feel comfortable being vulnerable and dealing with difficult issues. | |
| | **Ann Flaherty, M. Ed**<br>Primary Therapist<br><br>Ann has worked in several treatment facilities over the years and is a fixture in the Prescott recovery community. We feel fortunate to have her insight and fresh perspective into our clinical process. |
| (photo) | **Dr. Fred Markham, MD**<br>Medical Director since 1988<br><br>Board certified in internal medicine and a member of the Medical Staff at Yavapai Regional Medical Center. Graduate of the University of Arizona College of Medicine (1980) and a respected and experienced emergency room physician. Member of the American Medical Association and the American College of Physicians. |
| **Dr. Jefferey Penney, M.D., PhD.**<br>Consulting Psychiatrist-Since 2001<br><br>Dr. Penney received his Bachelor of Science (B.S.) from the University of New Mexico. He then went on to receive a Master of Science (M.S.) from Case Western Reserve University in Cleveland, Ohio. He received his Doctor of Medicine (M.D.) at the University of Cincinnati. Dr. Penney completed his residency training, specializing in Psychiatry, at Washington University, St. Louis, Missouri.<br><br>Dr. Penney is Board Certified in Psychiatry. He specializes in psychopharmacology with interests in anxiety disorders, mood disorders, and thought disorders. | (photo) |
| | **Dr. Virginia Conner, Ed.D.**<br>Consulting Neuropsychologist since 1993 |
| (photo) | **Harry Kottler**<br>Office Manager<br><br>We feel very fortunate to have a man with Harry's experience and temperament running the financial end of the House. With 35 years of high level business experience he brings his southern hospitality into an aspect of treatment that is uncomfortable for many to deal with. |
| | **Chris Sobel – Administrative Assistant** |

000010



Tim Grumbles – Asst. Business Manager

Jerry Palmer – Facility Manager

000011




## Prescott House Cost

| | |
|---|---|
| Tuition | $5,900.00 per month |
| Personal Living Expenses | Approximately $1000.00 per month in personal expenses will also be managed by the staff. (expense account starts with $1,750.00 for the first month) |
| Psychiatrist (as needed) | $101.00 per 30 minutes |
| Self Esteem Workshop | $500.00 |
| Finances | Client funds are managed through our business office. A detailed summary of personal expenses will be available each month to the paying party, and any extraneous expenses that may come up will first be cleared with the paying party.<br><br>Tuition payments are due at the beginning of each month a client is here. If a new client arrives on the 8th day of the month, having paid for his first month, then his tuition will be payable by the 7th of the next month. Any portion of a month that a client is in treatment constitutes a whole month if he leaves treatment against staff advice, or becomes inappropriate for this level of treatment.<br><br>Our business office will supply the necessary paper work that itemizes tuition costs so the families can submit claims to insurance companies. |

- Budgeting and money management is an important part of the therapeutic process. All funds are managed by our business office, and clients are held accountable for all their spending.
- Personal expense account pays for groceries, doctor or dentist visits, transportation from airport if necessary, an inexpensive bicycle, weekly allowance, medications and any peripheral expenses incurred.
- Clients pay month to month in advance and must submit their own claims to insurance companies. Staff will provide necessary documentation.
- In the case of an incoming client coming off a recent relapse or if he was discharged from another treatment facility prior to successful completion, our "Relapse Policy" requires two months payment in advance.
- We require that the first payment be made before the client's arrival by wire transfer, cashiers check or credit card (Visa or Mastercard). After the first payment, personal checks will be accepted.
- Initial payment is refundable in the event the client does not arrive at Prescott House. Credit card payments are subject to the 2.5% fee if refunded.

Sidebar:
home
who can benefit
the philosophy
the program
the facilities
the staff
contact us

Psychiatric appointments and self-esteem workshop fees are deducted from the personal living account.



Personal expense account pays for groceries, doctor or dentist visits, weekly allowance and any peripheral expenses incurred. Managed by Staff.



214 N. Arizona Avenue
Prescott, AZ 86301
Toll Free: 1 866 425 HOPE
Local: 928 766 8251
infomail@prescotthouse.net

Schedule • Campout • After Care • Family Program • Self Esteem Workshop • What To Bring• What Not To Bring • Telephone Use • Alumni

Prescott House, Inc. © 1988   Privacy Policy   Website by DOCS 2 DISC

000012

http://www.prescotthouse.net/Prescott_House_Cost_Men_Treatment.html　　　　　4/25/2008





home
who can benefit
the philosophy
the program
the facilities
the staff
the cost

## Contact Prescott House

**First and Last Name:**

**Contact Name:**

**Age**

Address (include street, city, state and zip):

Email:

Treatment history and/or additional comments:

*Please check all that apply*

I am a concerned family member ☐

I am a professional referent ☐

Please mail me information ☐

Please fax me information ☐

Please have someone call me as soon as possible ☐

The best number to reach me at is:

Please add me to your mailing list ☐

Submit

Any and all information provided will be held in the strictest of confidence.

### «Map to Prescott House»

**Can I go to school?**

When the staff feels you're ready, you can attend a local college rather than volunteering two hours per weekday. On the schedule you can see how time is slotted for school.

**Can I work?**

Yes. During the latter phase of your treatment program and when the staff feels you're ready. See how work schedules fit into your program

**Does Prescott House take insurance?**

We will work with your insurance provider and provide them all of the necessary paperwork for your insurance reimbursement of program fees.

**Is Prescott House licensed?**

Yes. We are state licensed and have been since 1988. Our staff members are also qualified with the certification and licensing necessary to facilitate your recovery.



214 N. Arizona Avenue
Prescott, AZ 86301
Toll Free: 1 866 425 HOPE
Local: 928 776 8251
infomail@prescotthouse.net

000013

http://www.prescotthouse.net/Prescott_House_Contact_Page.html　　　　　　　4/25/2008