PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

NOV 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S.A. VS. ANTHONY PORTA                              Docket No. CR07-00653-DDP

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **ANTHONY PORTA** who was placed on supervision by the Honorable **DEAN D. PREGERSON** sitting in the Court at **Los Angeles**, California, on the **1st** day of **May, 2008** who fixed the period of supervision at **10 years**, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The following modification is necessary to ensure public safety and Mr. Porta's compliance with his ordered conditions.

The supervisee and defense counsel consent to the modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Anthony Porta shall comply with the rules and regulations of the Computer Monitoring Program. The defendant shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month, per device connected to the internet.

ORDER OF COURT

Considered and ordered this 22 day
of November, 2011 and ordered filed
and made a part of the records in the above
case.

_____
United States District Judge
DEAN D. PREGERSON

Respectfully,

MANUEL ONTIVEROS
U. S. Probation Officer
Place:       Santa Fe Springs, California
Approved:   MICHAEL BRADFORD
            Supervising U.S. Probation Officer
Date:       November 21, 2011