PROB 12
(Rev. 11/04)

# United States District Court

for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

U.S.A. VS. ANTHONY PORTA                                    Docket No. CR07-00653-DDP

## Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>ANTHONY PORTA</u> who was placed on supervision by the Honorable <u>DEAN D. PREGERSON</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>1st</u> day of <u>May</u>, <u>2008</u> who fixed the period of supervision at <u>10 years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The following modification is necessary to ensure public safety and Mr. Porta's compliance with his ordered conditions.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Anthony Porta to submit person and property to search or seizure at any time of the day or night by any law enforcement officer with or without a warrant and with or without reasonable or probable cause.

The offender shall not possess or view any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing "sexually explicit conduct," as defined at 18 U.S.C. § 2256(2).

ORDER OF COURT

Considered and ordered this <u>17th</u> day of <u>September</u>, 20<u>13</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge
DEAN D. PREGERSON

Respectfully,

_____
MANUEL ONTIVEROS
U. S. Probation Officer
Place: Santa Fe Springs, California

Approved: MICHAEL BRADFORD
Supervising U.S. Probation Officer

Date: September 09, 2013