UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-00653 DDP                                         Dated: August 3, 2017

==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | None Present | Bonnie L. Hobbs |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

==================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1)  ANTHONY PORTA | 1)  Richard G. Hirsch |
|      Not Present |      retained |
| |      Not Present |

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that the briefing schedule for the Motion to Terminate Defendant's Supervised Release Term  [46] is set  to be heard on September 18, 2017 at 1:30 p.m. shall be as follows:

   OPPOSITION shall be filed on or before August 28, 2017 ;
   REPLY shall be due on or before September 4, 2017.

   **Mandatory Chamber's Copies are to be delivered to chambers within 24 hours of filing.**

**cc:**   **P. O.**
          **P. S. A. L. A.**


                                                              :   N/A
                              Initials of Deputy Clerk        PG


CR-11 (09/98)                 **CRIMINAL  MINUTES - GENERAL**                Pa ge 1 of 1