UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-00653 DDP                                          Dated: September 15, 2017

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | None Present | Justin R. Rhoades |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

===============================================================
U.S.A. vs (Dfts listed below)            Attorneys for Defendants

1)   ANTHONY PORTA **(BOND)**            1) Anthony Porta - Pro Se
     Not Present

_____

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS)

COUNSEL ARE NOTIFIED that on the Court's own motion, the Motion to Terminate Defendant's Supervised Release Term [46] set for September 18, 2017 at 1:30 p.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.

**cc:  P. O.**

                                                          :   N/A
                                      Initials of Deputy Clerk      PG

CR-11 (09/98)                    **CRIMINAL  MINUTES - GENERAL**                    Pa ge 1 of 1