UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-00653 DDP						Dated: September 15, 2017

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | None Present | Justin R. Rhoades |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)			Attorneys for Defendants

1)   ANTHONY PORTA **(BOND)**			1)
     Not Present

_____

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

The Court has reviewed the submissions by the parties and the supervision report.  The Motion To Terminate Defendant's Supervision [46] is denied.

**cc:   P. O.**

											  :   N/A
							Initials of Deputy Clerk         PG